UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                              CASE NO. 12CR263 BB

TONY ARCHULETA,

      Defendant.

## ORDER AMENDING CONDITIONS OF RELEASE

The Court having been apprised of the defendant's medical conditions including low-lung capacity, **IT IS HEREBY ORDERED** that the defendant's Order Setting Conditions of Release be amended as follows:

1. The defendant's Order Modifying Conditions of Release on May 18, 2012, shall not include location monitoring or sobrietor testing.

2. The defendant is to submit to random breathalyzer testing and urinalysis tests as determined necessary by pretrial services.

3. The defendant is no longer required to maintain a LAN line in the residence where he is living.

All other previously set conditions will remain unchanged.

                                            HONORABLE KAREN B. MOLZEN
                                            CHIEF, U.S. MAGISTRATE JUDGE